

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Denetra Marie Harris, Appellant

No. 06-14-00162-CR         v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 1 of Gregg County, Texas (Tr. Ct. No. 2014-0382). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Denetra Marie Harris, pay all costs of this appeal.

RENDERED JULY 31, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk